1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    RENE BONILLA,                          Case No.  1:25-cv-00211-HBK (PC)

12            Plaintiff,                      CLERK TO ASSIGN CASE TO DISTRICT
                                              JUDGE AND CLOSE CASE BASED UPON
13        v.                                  PLAINTIFF'S VOLUNTARY DISMISSAL
                                              UNDER FED. R. CIV. P. 41 (a)(1)(A)(i)
14    M. TOSCANO and CDCR,
                                              (Doc. No.  8)
15            Defendants.

16

17

18

19        On March 7, 2025, Plaintiff filed a pleading stating "I, Rene Bonilla" … want  to dismiss

20    this action without prejudice to refiling a new action once administrative remedies are fully

21    exhausted."  (Doc. No. 8, "Notice").  The Notice follows the Court's February 21, 2025 Order

22    Screening Order deferring a ruling on Plaintiff's motion to proceed *in forma pauperis* and

23    ordering Plaintiff to show cause why the case should not be dismissed for failing to exhaust his

24    administrative remedies.  (*See* Doc. No. 7).  Because no defendant has been served and no answer

25    nor motion for summary judgment has been filed, Plaintiff may voluntarily dismiss this action by

26    operation of law without further order from the Court.  *See* Fed. R. Civ. P. 41(a)(1)(A)(i).

27        Accordingly, it is **ORDERED**:

28        The Clerk of Court is directed to assign this case to a district judge, terminate Plaintiff's

1  motion to proceed *in forma pauperis* (Doc. No. 2) as moot, and CLOSE this case to reflect

2  Plaintiff's Notice of Voluntary Dismissal ***without prejudice*** (Doc. No. 8) consistent with Fed. R.

3  Civ. P. 41(a)(1)(A)(i).

4

5  Dated:   March 10, 2025

6  HELENA M. BARCH-KUCHTA
   UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2